KEB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Manuel Medina Teran, | No. CV-26-04969-PHX-ASB |
| Petitioner, | **ORDER** |
| v. | |
| Markwayne Mullin, et al., | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention.  (Doc. 1.)  There is full consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).  (Doc. 2.)  Under General Order 26-09, Respondents were directed to respond to the Petition.  (Doc. 4.)  In their Response, Respondents state that they "do not oppose the request for a bond hearing pursuant to 8 U.S.C. § 1226(a)."  (Doc. 7.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus Petition as to his request for a bond hearing.  The remainder of the Petition will be denied.[1]

**IT IS THEREFORE ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** to the extent it seeks a bond redetermination hearing. The Petition is otherwise denied.

**IT IS FURTHER ORDERED** that Respondents must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody under the

---

[1] The Petition asks the Court for other relief, such as an award of costs and reasonable attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (*See* Doc. 1 at 18-19.) However, Petitioner does not provide sufficient support for these requests. (*See id.*)

same conditions that existed before his detention.

**IT IS FURTHER ORDERED** that Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing him a bond hearing. **If applicable, that notice must include the result of the bond hearing.**

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 21st day of July, 2026.

_____

Honorable Alison S. Bachus
United States Magistrate Judge

- 2 -